# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALBERTA GOODMAN

VERSUS

NATIONWIDE AGRIBUSINESS
INSURANCE COMPANY, AG
LOGISTICS, L.L.C., AND TELLY
GEORGETOWN

NO.  2020 CW 0116

**MAY 1 2 2020**

---

In Re:  James River Insurance Company, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 76544.

---

**BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

> **PMc**
> **JEW**
> **GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT